USCA1 Opinion

 

 February 28, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1985 WILLIAM F. ENGLEHART, Petitioner, v. PAUL RAIKEY, WARDEN M.C.I. WALPOLE, Respondent. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Mark L. Wolf, U.S. District Judge] ___________________ ___________________ Before Torruella, Boudin and Stahl, Circuit Judges. ______________ ___________________ William F. Englehar on brief pro se. ___________________ Scott Harshbarger, Attorney General, and William J. ___________________ ___________ Duensing, Assitant Attorney General, on brief for appellee. ________ __________________ __________________ Per Curiam. For the reasons stated in the memorandum ___________ and order of the United States District Court for the District of Massachusetts, dated May 24, 1993, the judgment of the court denying the petition for habeas corpus is affirmed. ________ -2-